# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Michelle Jeanette Smith

[You are the PLAINTIFF, print your full name on this line.]

v.

Genoa Healthcare, LLC

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

-FILED-

MAR 12 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number  2:26 CV 105

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Genoa Healthcare, LLC | 707 South Grady Way, Suite 400 Renton, WA 98057 |
| 2 | [Put the names of any other defendants in these boxes.] Optum, Inc | 1000 Optum Circle Eden Prarie, MN 55344 |
| 3 | UnitedHealth Group, Inc. | 9900 Bren Road East Minnetonka, MN 55343 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is your address? 1066 Laurel Creek Dr. Chesterton, IN 46304

3. What is your telephone number: (219) 7710057

4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Plaintiff Michelle Smith is a resident of Chesterton, IN

2. Defendant Genoa Healthcare, LLC is a company doing business in Indiana.

3. Defendant Genoa Healthcare, LLC is a subsidiary of Optum Rx, which is part of United HealthGroup, Inc.

4. Plaintiff Michelle Smith worked for Defandant Genoa Healthcare, LLC for approximately nine years.

5. While employed by Defendant Genoa Healthcare, LLC, Plaintiff Michelle Smith reported to a supervisor named Franklin Gordon.

6. Before taking medical leave, Plaintiff Michelle Smith received a performance evaluation score of 5, which was the highest rating.

7. Plaintiff Michelle Smith also received a score of 100 percent on a compliance audit.

8. In July 2025, Plaintiff Michelle Smith learned that another pharmacist named Molly Kristoff discussed Plaintiff Michelle Smith's private prescription information with several people.

9. Plaintiff Michelle Smith told supervisor Franklin Gordon that Plaintiff Michelle Smith intended to report this issue to Human Resources.

10. After this conversation, the demeanor of Franklin Gordon toward Plaintiff Michelle Smith changed.

11. Franklin Gordon asked Plaintiff Michelle Smith not to report the issue to Human Resources.

12. Franklin Gordon told Plaintiff Michelle Smith that Plaintiff Michelle Smith might not have a site to return to if Molly Kristoff was not working there.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

13. Plaintiff Michelle Smith understood this statement to mean that Plaintiff Michelle Smith might lose employment if the issue was reported.

14. Plaintiff Michelle Smith had knee replacement surgery and took medical leave to recover.

15. While Plaintiff Michelle Smith was on medical leave recovering from knee replacement surgery, supervisor Franklin Gordon asked Plaintiff Michelle Smith to perform some work duties

16. When Plaintiff Michelle Smith returned to work, Plaintiff Michelle Smith had medical restrictions related to the knee replacement surgery.

17. Defendant Genoa Healthcare, LLC was aware of the medical restrictions placed on Plaintiff Michelle Smith.

18. Defendant Genoa Healthcare, LLC did not follow the medical restrictions when Plaintiff

RELIEF – If you win this case, what do you want the court to order the defendant to do? Wherefore, Plaintiff Michelle Smith asks the Court to: A. Award compensation for lost wages and employment benefits, B. Award compensation for emotional distress and harm to Plaintiff Michelle Smith, C Award compensation for future lost wages if Plaintiff Michelle Smith cannot reurn to the same type of employment, D. Award any other relief the Court believes is fair. Plaintiff requests a trial by jury.   Respectfully submitted,

FILING FEE – Are you paying the filing fee?

- ⊙ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. *[If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]*
- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

*MS* I will keep a copy of this complaint for my records.
*MS* I will promptly notify the court of any change of address.
*MS* I declare **under penalty of perjury** that the statements in this complaint are true.

_Michelle Smith_ _____    3/11/2026
Signature                                                                        Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

United States District Court
Northern District of Indiana

Michelle Smith,
Plaintiff,

V.

Genoa Healthcare, LLC,
Defendant

Case No._____

Remainder of complaint:

18. Michelle Smith returned to work.
19. Because the medical restrictions were not followed, Plaintiff Michelle Smith experienced pain, stress, and difficulty performing job duties.
20. The treatment Plaintiff Michelle Smith experienced at work after returning from surgery caused significant emotional distress.
21. Because of this distress, a psychiatrist placed Plaintiff Michelle Smith on mental health leave in February of 2025. (Last day worked was 2-13-25.)
22. When Plaintiff Michelle Smith was still on approved medical leave, Defendant Genoa Healthcare, LLC terminated the employment of Plaintiff Michelle Smith.
23. Plaintiff Michelle Smith has suffered financial harm, emotional distress, and damage to Michelle Smith's health and well-being as a result of the actions of Defendant Genoa Healthcare, LLC.
24. Plaintiff Michelle Smith received a Notice of Right to Sue from the Equal Employment Opportunity commission and is filing this lawsuit within the WHEREFORE, required time period.

3/11/26, 9:46 PM  Xfinity Connect Fwd_ Time-Sensitive EEOC Final Decision for EEOC Charge 470-2026-00604 _ Decisión final urgente de la EEOC...

USDC IN/ND case 2:26-cv-00105-TLS-AZ   document 1   filed 03/12/26   page 5 of 6

**Michelle Smith <michelle46304@icloud.com>**  3/11/2026 9:42 PM

## Fwd: Time-Sensitive EEOC Final Decision for EEOC Charge 470-2026-00604 / Decisión final urgente de la EEOC por el cargo 470-2026-00604

To Michelle Smith <colin44841@comcast.net>

---

Sent from my iPhone

Begin forwarded message:

> **From:** EEOC <no-reply@service.eeoc.gov>
> **Date:** December 12, 2025 at 8:57:10 AM CST
> **To:** Stephanie J Hahn Esq., Ms. Michelle_Smith
> **Subject: Time-Sensitive EEOC Final Decision for EEOC Charge 470-2026-00604 / Decisión final urgente de la EEOC por el cargo 470-2026-00604**



**U.S. Equal Employment Opportunity Commission**

The Equal Employment Opportunity Commission (EEOC) has issued a final decision regarding EEOC Charge 470-2026-00604, which can be found in the document titled **DETERMINATION AND NOTICE OF RIGHTS** in the EEOC Public Portal. This email, as well as the DETERMINATION AND NOTICE OF RIGHTS, is official notice that the EEOC has dismissed the above-referenced EEOC charge and that the Charging Party has the right to sue the respondent(s) on this charge in court within 90 days of receipt of this notice. The DETERMINATION AND NOTICE OF RIGHTS also provides additional information related to filing suit under the laws enforced by the EEOC, including important time limits. Please note that the 90-day deadline for Charging Party to file a lawsuit is set by law and failure to file a lawsuit in that time may result in the inability to move forward with a lawsuit.

**You should log into the EEOC Public Portal, download and read the DETERMINATION AND NOTICE OF RIGHTS as soon as possible. You should also keep a record of the date you received this notice and save the downloaded DETERMINATION AND NOTICE OF RIGHTS.**

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 470-2026-00604. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (800) 669-4000 and destroy all copies of the original message and attachments.*

La Comisión para la Igualdad de Oportunidades de Empleo (EEOC, por sus siglas en inglés), ha emitido una decisión final con respecto al cargo de dicha Comisión 470-2026-00604, que se encuentra en el documento titulado **Determinación y Notificación de Derechos** en el Portal Público de la EEOC. Este correo electrónico, así como la Determinación y Notificación de Derechos, es un aviso oficial que indica que la EEOC ha

3/11/26, 9:46 PM		Xfinity Connect Fwd_ Time-Sensitive EEOC Final Decision for EEOC Charge 470-2026-00604 _ Decisión final urgente de la EEOC...

USDC IN/ND case 2:26-cv-00105-TLS-AZ    document 1    filed 03/12/26    page 6 of 6

desestimado el cargo mencionado anteriormente y que la parte acusadora tiene derecho a demandar a los responsables de este cargo en un tribunal en los 90 días posteriores a la recepción de este aviso. La Determinación y Notificación de Derechos también proporciona información adicional relacionada con la presentación de la demanda bajo las leyes aplicadas por la EEOC, incluyendo límites de tiempo importantes. Por favor, tenga en cuenta que la fecha límite de 90 días para que la parte demandante presente la demanda está determinada por ley y que, en caso de no presentarla en ese plazo, podría dar como resultado la incapacidad de seguir adelante con esta.

**Debe registrarse en el Portal Público de la EEOC, descargar y leer la Determinación y Notificación de Derechos lo antes posible. Además, debería tomar nota de la fecha en la que recibió este aviso y guardar la Determinación y Notificación de Derechos descargada.**

Este correo electrónico es una notificación oficial de la EEOC relacionado con el cargo 470-2026-00604. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en este correo electrónico puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el(la) destinatario(a) previsto(a), se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el(la) destinatario(a) previsto(a), póngase en contacto con el (800) 669-4000 y destruya todas las copias del mensaje original y los archivos adjuntos.*